# EXHIBIT A

Case 2:14-cv-04394-DMG-PJW Document 1-1 Filed 06/06/14 Page 2 of 2 Page ID #:12

